# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-16-00700-RNO |
| A&P SUPPORT, INC., | : | CHAPTER 7 |
| DEBTOR | : | |

## CHAPTER 7 TRUSTEE'S STATUS REPORT

Please allow this to serve as the Chapter 7 Trustee's Status Report concerning the above-captioned case.

1) This case commenced with the filing of an Involuntary Petition under Chapter 7 of the United States Bankruptcy Code on February 25, 2016. The Debtor is represented by Gregory W. Hauswirth, Esquire.

2) The § 341 Meeting was held on May 6, 2016.

3) On May 4, 2016, the Trustee filed an Application to Appoint the Law Offices of Mark J. Conway, P.C., as counsel for the Trustee and an Order was issued in connection therewith on May 12, 2016.

4) At the time of filing, the Debtor had an interest in litigation in the District Court of the Northern District of Texas, against Crucible Ventures Limited, et al. ("Litigation").

5) A Petition to Employ Matthew W. Choate, Esquire, as Special Counsel was filed on October 2, 2017, relative to representation of the Estate in regard to the aforementioned Litigation, and subsequent thereto an Order issued in connection therewith on October 11, 2017.

6) Attorney Choate obtained a judgment against the Defendants in the Texas action and is currently trying to enforce collection of same.

7) The Trustee was last advised by Attorney Choate that he issued discovery in aid of execution and intends to file a Motion to Compel in regard to his collection efforts.

8) The Litigation is the only asset of the estate remaining to be administered.

9) The Trustee has also requested Debtor's counsel to provide an itemization of his legal fees as counsel received a significant retainer pre-petition and there may be funds available to the Estate.

10) The Trustee anticipates administering the Litigation as an asset of the Estate and estimates the anticipated date of closure of case administration of the bankruptcy proceeding will be approximately eight (8) months, depending upon the collection of the judgement.

Respectfully submitted,

/s/ Mark J. Conway
MARK J. CONWAY, Trustee
502 South Blakely Street
Dunmore, PA 18512
(570) 343-5350

DATED: April 29, 2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-16-00700-RNO |
| | : | |
| A&P SUPPORT, INC., | : | CHAPTER 7 |
| | : | |
| DEBTOR | : | |

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal, hereby certify that on this 29th day of April, 2020, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following Filing Users at the following e-mail addressed:

U.S. Trustee
Middle District of PA
228 Walnut Street
Suite 1190
Harrisburg, PA 17101-1722
ustpregion03.ha.ecf@usdoj.gov

**LAW OFFICES OF MARK J. CONWAY, P.C.**

/s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
(570) 343-5350